SAM WEISS v. J. M. LEE, as State Comptroller.

180 So. 345.
Opinion Filed April 8, 1938.

*Edgar M. Felson* and *S. P. Robineau,* for Appellant;

*Cary D. Landis,* Attorney General, and *H. E. Carter, W. P. Allen* and *Lawrence A. Truett,* Assistant Attorneys General, for Appellee.

TERRELL, J.—The facts presented and the questions raised in this case are identical with those raised and urged in DeLuxe Packing House, Inc., v. Lee, decided this date. The judgment below is accordingly reversed on authority of that case and what we said in Henry Borrego and Tom Borrego v. Lee, decided this date.

Reversed.

ELLIS, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.